# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF NORTH CAROLINA

In Re:    )
**Thomas Luther Motter**    )    Case No. _____
**320 Northside Drive**    )    Chapter   **13**
**Lexington, NC 27295**    )
   )
**Mary Ellen Motter**    )
**320 Northside Drive**    )
**Lexington, NC 27295**    )
   )
   )
   )
SS#   **xxx-xx-3281**    )
SS#   **xxx-xx-7500**    )
        Debtor(s)   )

## NOTICE TO CREDITORS AND PROPOSED PLAN

The Debtor(s) filed for relief under Chapter 13 of the United States Bankruptcy Code on   **August 7, 2015**  .

The filing automatically stays collection and other actions against the Debtor, Debtor's property and certain co-debtors. If you attempt to collect a debt or take other action in violation of the bankruptcy stay you may be penalized.

Official notice will be sent to creditors, which will provide the name and address of the Trustee, the date and time of the meeting of creditors, and the deadline for objecting to the plan. The official notice will include a proof of claim form.

A creditor must timely file a proof of claim with the Trustee in order to receive distributions under the plan. The Trustee will mail payments to the address provided on the proof of claim unless the creditor provides another address in writing for payments. If the proof of claim is subsequently assigned or transferred, the Trustee will continue to remit payment to the original creditor until a formal notice of assignment or transfer is filed with the Court.

**CHAPTER 13 PLAN SUMMARY**

The Debtor proposes an initial plan, which is subject to modification, as follows:

**I. Plan Payments**

The plan proposes a payment of **$1,820.00** per month for a minimum period of **36** months. The Debtor shall commence payments to the Trustee within thirty (30) days from the date the petition was filed.

**II. Administrative Costs**

1. **Attorney fees.**
   - ☑ The attorney for the Debtor will be paid the base fee of $3,700.00. The Attorney has received $ **285.00** from the Debtor pre-petition and the remainder of the base fee will be paid monthly by the Trustee as funds are available, after scheduled monthly payments to holders of domestic support obligations and allowed secured claims.
   - ☐ The Attorney for the Debtor will file application for approval of a fee in lieu of the presumptive fee.

2. **Trustee costs.** The Trustee will receive from all disbursements such amount as approved by the Court for payment of fees and expenses

**III. Priority Claims**

All pre-petition claims entitled to priority under 11 U.S.C. § 507 will be paid in full in deferred cash payments unless otherwise indicated.

1. **Domestic Support Obligations ("DSO")**

   a. ☑ None

   b. The name, address, and phone number, including area code, of the holder of any DSO as defined in § 101(14A) is as follows:

| Name of DSO Claimant | Address, city, state & zip code | Telephone Number |
|---|---|---|
|  |  |  |

   c. All **post-petition** DSO amounts will be paid directly by the Debtor to the holder of the claim and not by the Trustee.

   d. Arrearages owed to DSO claimants under 11 U.S.C.§ 507(a)(1)(A) not presently paid through wage garnishment will be paid by the Trustee as follows:

| Name of DSO Claimant | Estimated Arrearage Claim | Monthly Payment |
|---|---|---|
|  |  |  |

2. Other priority claims to be paid by Trustee

| Creditor | Estimated Priority Claim |
|---|---|
| **Davidson County** | **$0.00** |
| **Guilford County Tax Collector** | **$0.00** |
| **Internal Revenue Service** | **$0.00** |
| **North Carolina Department of Revenue** | **$0.00** |

IV. **Secured Claims**

1. **Real Property Secured Claims**

   a.  ☐ None

   b.  All payments on any claim secured by real property will be paid by the Trustee unless the account is current, in which case the Debtor may elect to continue making mortgage payments directly. Arrearage claims will be paid by the Trustee as separate secured claims over the term of the plan, without interest.

| Creditor | Property Address | Residence or Non-residence R/NR | Current Y/N | Monthly Payment | Arrearage Amount | If Current Indicate Payment by Debtor (D) or Trustee (T) |
|---|---|---|---|---|---|---|
| **Ocwen Loan Servicing** | **Residence: 320 Northside Drive, Lexington NC 27295** | **R** | **N** | **$1,180.55** | **$21,525.00** | |
| **Ocwen Loan Servicin** | **Rental Home: 3501 Lynhaven Drive, Greensboro, NC  27406** | **NR** | **Y** | **$833.98** | **$0.00** | **D** |

2. **Personal Property Secured Claims**

   a.  ☐ None

   b.  Claims secured by personal property will be paid by the Trustee as follows:

| Creditor | Collateral | Secured Amount | Purchase Money Y/N | Under-secured Amount | Pre-confirmation adequate protection payment per § 1326(a)(1) | Post-confirmation Equal Monthly Amount (EMA) | Proposed Interest Rate |
|---|---|---|---|---|---|---|---|
| **\* USAA Federal Savings Bank** | **2011 Chrysler 200** | **$12,510.00** | **Y** | **$7,180.27** | **$0.00** | **$25.00** | **0%** |
| **\* USAA Federal Savings Bank** | **2005 Ford Thunderbird** | **$10,952.37** | **Y** | **$0.00** | **$0.00** | **$25.00** | **0%** |
| **\* USAA Federal Savings Bank** | **2000 Travel Supreme 5th Wheel Travel Trailer** | **$6,000.00** | **Y** | **$3,768.92** | **$0.00** | **$25.00** | **0%** |

**\*       The debtors and USAA have agreement to modify terms of loans for the three accounts identified above which are secured by vehicles in which USAA has agreed to accept monthly payments of $25.00 on each account. Debtors propose to treat these accounts as long term secured debts with the monthly payments of $25.00 each to be disbursed by the Trustee.**

The Trustee will disburse pre-confirmation adequate protection payments to secured creditors holding allowed purchase money secured claims. Claims having a collateral value of less than $2,000.00 will not receive adequate protection payments.

*To the extent that the valuation provisions of 11 U.S.C. § 506 do **not** apply to any of the claims listed above, the creditor's failure to object to confirmation of the proposed plan shall constitute the creditor's acceptance of the treatment of its claim as proposed, pursuant to 11 U.S.C. § 1325(a)(5)(A).*

3. **Collateral to be Released**

   The Debtor proposes to release the following collateral:

| Creditor | Collateral to be Released |
|---|---|
| -NONE- | |

4. **Liens to be Avoided**

The Debtor pursuant to 11 U.S.C. § 522 proposes to avoid the following liens on property to the extent that such liens impair the Debtor's exemption:

| Lien Creditor | Property |
|---|---|
| -NONE- | |

**V.   Co-Debtor Claims**

The Debtor proposes to separately classify for payment in full the following claims for consumer debts on which an individual is liable with the Debtor:

| Creditor | Co-Debtor | Interest Rate | Monthly Payment |
|---|---|---|---|
| -NONE- | | | |

**VI.  General Unsecured Claims Not Separately Classified**

General unsecured claims will be paid on a pro-rata basis, with payments to commence after priority unsecured claims are paid in full. The estimated dividend to general unsecured claims is __0__ %.

**VII. Executory Contracts/Leases**

    a.    ☑ None

    b.    The following executory contracts and/or leases will be rejected:

| Creditor | Nature of lease or contract |
|---|---|
| | |

    c.    The following executory contracts and/or leases will be assumed. The Debtor will pay directly all lease payments which come due from the petition filing date until confirmation of the plan. Upon confirmation, payments will be paid as follows:

| Creditor | Nature of Lease or Contract | Monthly payment | Monthly payment paid by Debtor (D) or Trustee (T) | Arrearage Amount | Arrearage paid by Debtor (D) or Trustee (T) | Arrearage monthly payment |
|---|---|---|---|---|---|---|
| -NONE- | | | | | | |

**VIII. Special Provisions**

    a.    ☑ None

    b.    Other classes of unsecured claims and treatment

    c.    Other Special Terms

Date: **August 7, 2015**

**/s/ Tommy S. Blalock, III**
**Tommy S. Blalock, III 26467**
Attorney for the Debtor
Address: **620 Green Valley Road**
**Suite 209**
**Greensboro, NC 27408**
Telephone: **(336) 274-2343**
State Bar No. **26467**

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA

In Re: )
   **Thomas Luther Motter** )   **NOTICE TO CREDITORS**
   **Mary Ellen Motter** )   **AND**
    )   **PROPOSED PLAN**
SS#   **xxx-xx-3281** )
SS#   **xxx-xx-7500** )   Case No. _____
   Debtor(s) )

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the Notice to Creditors and Proposed Plan was served by first class mail, postage prepaid, to the following parties at their respective addresses:

**Reid Wilcox**
**Clerk of Court**
**U.S. Bankruptcy Court**
**Middle District of North Carolina**
**P.O. Box 26100**
**Greensboro, NC 27402**

**Kathryn L. Bringle**
**Chapter 13 Trustee**
**Winston-Salem Division**
**Post Office Box 2115**
**Winston-Salem, NC 27102-2115**

**Absolute Collections Corp.**
**Acct. xxx0593**
**P.O. Box 880306**
**San Diego, CA 92168-0306**

**AMCA**
**Acct. xxx5469**
**P.O. Box 1235**
**Elmsford, NY 10523-0935**

**American Coradius International, LLC**
**Acct. xxx5320**
**2420 Sweet Home Road, Suite 150**
**Buffalo, NY 14228-2244**

**Aqua Finance, Inc**
**Acct. xxx1865**
**P.O. Box 844**
**Wausau, WI 54402-0844**

**ARS National Services, Inc.**
**Acct. xxx8400**
**P.O. Box 469046**
**Escondido, CA 92046-9046**

**ARS National Services, Inc.**
**Acct. xxx4097**
**P.O. Box 469100**
**Escondido, CA 92046-9046**

**BYL Collection Services, LLC**
**Acct. xxx0039**
**301 Lacey Street**
**West Chester, PA 19382**

**CACH, LLC**
**4340 S. Monaco Street, 2nd Floor**
**Denver, CO 80237**

**Capital One**
P.O. Box 30281
Salt Lake City, UT 84130-0281

**Carolina Surgical Arts, PA**
Acct. xxx3660
2516-B Oakcrest Avenue
Greensboro, NC 27408-1933

**Castle Credit Corporation**
Acct. xxx0593
8430 W. Bryn Mawr, Suite 750
Chicago, IL 60631-3404

**Chase**
Acct. xxx9754
P.O. Box 15298
Wilmington, DE 19850-5298

**CitiBank**
Acct. xxx904-0
c/o Bernhardt and Strawser, P.A.
5821 Fairview Road, Suite 100
Charlotte, NC 28209

**Client Services, Inc.**
Acct. xxx9754
3451 Harry Truman Blvd.
Saint Charles, MO 63301-4047

**Cone Health**
Acct. xxx8607
Bankruptcy Department
1200 North Elm Street
Greensboro, NC 27401

**Creditors Collection Services**
4530 Old Cave Spring Road
Roanoke, VA 24018-3423

**Davidson County**
**Office of Tax Collector**
PO Box 1577
Lexington, NC 27293-1577

**Davidson County Sheriff's Office**
**Execution Division**
211 W. Colonial Drive
Thomasville, NC 27360

**Diagnostic Radiology and Imaging, LLC**
Acct. xxx1944
P.O. Box 63055
Charlotte, NC 28263-3055

**Eagle Physicians and Associates**
Accts. xxx8071, xxx2459
PO Box 14883
Greensboro, NC 27415

**Financial Recovery Services, Inc.**
Acct. xxxC583
P.O. Box 385908
Minneapolis, MN 55438-5908

**Firestone**
Acct. xxx2118
P.O. Box 81410
Cleveland, OH 44181-0410

**First Bankcard**
Acct. xxx7532
P.O. Box 3331
Omaha, NE 68102-0331

**First Premier Bank**
**3820 N. Louise Avenue**
**Sioux Falls, SD 57107**

**FMA Alliance, Ltd.**
**Acct. xxx2780**
**12339 Cutten Road**
**Houston, TX 77066**

**FNB Omaha**
**1620 Dodge Street**
**Omaha, NE 68197-0003**

**Focus Receivables Management**
**Acct. xxx0681**
**1130 Northchase Parkway, Suite 150**
**Marietta, GA 30067**

**GE Capital Retail Bank**
**Acct. xxx2532**
**Attn: Bankruptcy Dept.**
**P.O. Box 103104**
**Roswell, GA 30076**

**Greensboro Pathology Associates, P.A.**
**Acct. xxx4642**
**PO Box 13508**
**Greensboro, NC 27415-3508**

**Guilford County Tax Collector**
**PO Box 3328**
**Greensboro, NC 27402**

**Helvey & Associates, Inc.**
**Acct. xxx0164**
**1015 E. Center Street**
**Warsaw, IN 46580-3497**

**IC Systems Collections**
**Acct. xxx0149**
**P.O. Box 64378**
**Saint Paul, MN 55164-0378**

**Integrity Solution Services, Inc.**
**Acct. xxx015W**
**P.O. Box 1850**
**Saint Charles, MO 63302**

**Internal Revenue Service**
**Acct. xxx3281**
**PO Box 7346**
**Philadelphia, PA 19101-7346**

**Interstate Credit Collection**
**Acct. xxx5480**
**711 Coliseum Plaza Court**
**Winston Salem, NC 27106**

**Jamie Jones**
**234 Hartman Street**
**Lexington, NC 27292**

**LabCorpAcct. xxx9391**
**P.O. Box 2240**
**Burlington, NC 27216-2240**

**Law Offices of Ed Overcash, LLC**
**Acct. xxx8955**
**37 Villa Road, Suite 507**
**Greenville, SC 29615**

**LTD Financial Services**
**Acct. xxx9610**
**7322 Southwest Freeway, Suite 1600**
**Houston, TX 77074**

**Macy's**
P.O. Box 8218
Mason, OH 45040

**McCarthy, Burgess & Wolff**
Acct. xxx4703
The MB&W Building
26000 Cannon Road
Bedford, OH 44146

**Merrick Bank**
Acct. xxx2287
P.O. Box 9201
Old Bethpage, NY 11804

**Midland Credit Management, Inc.**
Acct. xxx6497
8875 Aero Drive, Suite 200
San Diego, CA 92123

**Miraca Life Sciences**
Acct. xxx3809
P.O. Box 844117
Dallas, TX 75284-4117

**Moses Cone Affiliated Physicians**
Acct. xxx8478
d/b/a Southeastern Heart & Vascular Cent
3200 Northline Avenue, Suite 250
Greensboro, NC 27408-7619

**National Recovery Agency**
Acct. xxxX004
2491 Paxton Street
Harrisburg, PA 17111

**North Carolina Department of Revenue**
Acct. xxx3281
PO Box 1168
Raleigh, NC 27640

**North Shore Agency**
Acct. xxx9082
P.O. Box 9221
Old Bethpage, NY 11804

**Northland Group**
Acct. xxx9231
P.O. Box 129
Thorofare, NJ 08086-0129

**Ocwen Loan Servicing, LLC**
Accts. xxx7829, xxx7831
P.O. Box 24738
West Palm Beach, FL 33416-4738

**Paragon Revenue Group**
Accts. xxx9288, xxx6540
216 Le Phillip Court
Concord, NC 28025-2954

**Penn Credit Corp.**
Accts. xxx1960, xxx0732
P.O. Box 988
Harrisburg, PA 17108-0988

**Salem Professional Anesthesia Services**
Acct. xxx202
128 Peachtree Lane
Advance, NC 27006-6782

**SCA Collections**
Accts. xxx7766, xxx2987
300 East Arlington Blvd., Suite 6-A

**Greenville, NC 27858**

**Sessoms & Rogers, P.A.**
**Accts. xxx9.001, xxx5190**
**P.O. Box 110564**
**Durham, NC 27709**

**Southwest Credit**
**Acct. xxx5809**
**4120 International Parkway, Suite 1100**
**Carrollton, TX 75007-1958**

**Stern & Associates, P.A.**
**415 N. Edgeworth Street, Suite 210**
**Greensboro, NC 27401**

**Stern Recovery Services, Inc.**
**415 N. Edgeworth Street, Suite 210**
**Greensboro, NC 27401-2182**

**Transworld Systems, Inc.**
**Acct. xxx0192**
**507 Prudential Road**
**Horsham, PA 19044**

**United Consumer Financial Services**
**Acct. xxx7408**
**865 Bassett Road**
**Westlake, OH 44145-1142**

**United Recovery Systems**
**Accts. xxx8817, xxx2289, xxx5191**
**P.O. Box 722929**
**Houston, TX 77272-2929**

**Universal Fidelity**
**Acct. xxx9854**
**P.O. Box 941911**
**Houston, TX 77094-8911**

**USAA Federal Savings Bank**
**Accts. xxx3409, xxx3953, xxx1556**
**10750 McDermott Freeway**
**San Antonio, TX 78288-0544**

**Valentine & Kebartas, Inc.**
**Acct. xxx9089**
**P.O. Box 325**
**Lawrence, MA 01842**

**Virtuoso Sourcing Group**
**Acct. xxx1762**
**4500 Cherry Creek South Drive, Suite 300**
**Glendale, CO 80246**

**Vital Recovery Services, Inc.**
**Acct. xxx7408**
**P.O. Box 923748**
**Norcross, GA 30010-3748**

**Wake Forest Baptist Health**
**Acct. xxx3725**
**Medical Center Boulevard**
**Winston Salem, NC 27157**

**Webbank/Gettington**
**6509 Flying Cloud Drive**
**Eden Prairie, MN 55344-3307**

Date:   **August 7, 2015**                         **/s/ Tommy S. Blalock, III**
                                                    **Tommy S. Blalock, III 26467**